**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| POW! ENTERTAINMENT, LLC, | |
|     Plaintiff, | |
| | Case No.: 20-cv-4377 |
| v. | |
| | Judge: John Z. Lee |
| GUO11ZHI22JIANG33 et al., | |
|     Defendants. | |

## <u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINDER</u>

At least the following fifteen Defendants [No. 62 Fashion Woman counter, No. 63 Toys wholesale and retail trade, No. 64 mayixinwaimaofuzhuang, No. 65 niexiangmin, No. 66 caolong, No. 67 Exist for love, No. 68 Innovation will progress, No. 69 kenwon, No. 70 Mary Sarah, No. 71 yatou2346@163.com, No. 72 Yolanda168, No. 74 cwfql, No. 75 hong da you xian gongsi, No. 76 hyeang and No. 77 zhiwenkun] listed in Plaintiff's Amended Complaint filed on July 27, 2020 are properly joined as Defendants in this matter. [Docket No. 8].

Federal Rules of Civil Procedure Rule 20(a)(2)(A)-(B) states that parties may be joined in one action as defendants if "(A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." (F.R.C.P. 20(a)).

Courts in this District have found joinder of defendants in factually similar cases proper. For example, Judge Lefkow found joinder proper in *Too Faced Cosmetics, LLC v. Operators of KTKT Store, et al.*, No. 19-cv-07762 (N.D. Ill. Nov. 25, 2019) (see Dkt. Nos. 22, 27 and 30) and

*Gold's Gym Licensing LLC v. Operators of dropshipping fastship Store, et al.*, No. 19-cv-07446 (N.D. Ill. Nov. 11, 2019) (see Dkt. Nos. 32, 38 and 43).

The leading case interpreting Fed. R. Civ. P. 20, *Mosely v. General Motors Corp.*, held that "all *'logically related'* events entitling a person to institute a legal action against another generally are regarded as comprising a transaction or occurrence. The analogous interpretation of the terns as used in Rule 20 would permit *all reasonably related claims* for relief by or against different parties to be tried in a single proceeding." *Mosely v. General Motors Corp.*, 497 F.2d 1330, 1333 (8th Cir. 1974) (citations omitted) (emphasis added); *see also*, *United States v. Mississippi*, 380 U.S. 128, 142 (1965) (joinder proper even though defendants were independent actors, because defendants' actions were part of same series of transactions or occurrences); *Civil Aeronautics Bd. v. Carefree Travel, Inc*., 513 F.2d 375, 384 (2d Cir. 1975) (joinder proper when "operative facts are related even if the same transaction is not involved"); *City of New York v. Joseph L. Balkan, Inc*., 656 F. Supp. 536, 549 (E.D.N.Y. 1987) (allowing joinder for a "series of occurrence of similar types and with similar purposes").

As such, joinder of the Defendants in this case is permitted by Fed. R. Civ. P. 20, particularly at this stage of the proceeding.

In the present case, all fifteen Defendants have been accused of the same illegal acts of selling counterfeit trademarked Stan Lee products in a series of transactions and occurrences as described in Plaintiff's Amended Complaint. Moreover, there are common questions of law and fact related to the fifteen named Defendants.

By examining the store fronts of the Defendants listed below, this Court can determine that they all share nearly identical webpage design, provide similar descriptions of the products being sold and are selling identical counterfeit goods with Stan Lee standing in exactly the same

pose with his left hand holding the Iron Man faceplate and his right hand exposing the Iron Man repulsor. All of the Defendants are selling the same size product (26cm) and all are standing on a round pedestal next to Captain America's iconic shield and Thor's hammer. The only differentiating factors among the storefronts are their names and the materials used in the figurines. See below and Exhibit 2 to the Declaration of Anna Reiter [Dkt. Nos. 11-13]).

## 62 Fashion Woman counter



## 63 Toys wholesale and retail trade

Overview    Related Products





26cm 2 Colors The Father of Marvel : Stan Lee Action Figure Model Toys Exquisite Gifts for Children Room Decoration

**$25** ~~$75~~

Size:

| Pack of 1 ▼ |

Color:

| White ▼ |

**Buy**

♡ Add to Wishlist

**Standard Shipping**   $6
Nov 1 - Nov 11
Items are sold and shipped by Toys wholesale and retail trade

## 64 mayixinwaimaofuzhuang

Overview    Related





New Arrival Marvel Avengers Stan Lee Bronze Statue Collectible Figure Model Toy

**$27** ~~$40~~

**Buy**

♡ Add to Wishlist

**Standard Shipping**   $7
Jan 2 - Jan 9
Items are sold and shipped by mayixinwaimaofuzhuang

## 65 niexiangmin

Overview    Related



New Arrival Marvel Avengers Stan Lee
Bronze Statue Collectible Figure
Model Toy

**$23** ~~$40~~



Buy

♡ Add to Wishlist

Standard Shipping $6
Dec 26 - Jan 2
Items are sold and shipped by nisxiangmin

## 66 caolong

Overview    Related Products





Stan Lee Father of Marvel PVC Action
Figure Collectible Model Toys

FREE shipping available for all items!

**$29** ~~$69~~

Size:

Pack of 1    ▾

Color:

White    ▾

Buy

♡ Add to Wishlist



Standard Shipping  Free
Oct 24 - Nov 4
Items are sold and shipped by caolong

## 67 Exist for love





Stan Lee Father of Marvel PVC Action
Figure Collectible Model Toys

**$25** $69

Size:

Pack of 1 ▾

Color:

White ▾

03:40  Instant offer: Add to cart right
now to unlock a lower price!

**Buy**

♡ Add to Wishlist

Standard Shipping  $7
Oct 24 - Nov 5
Items are sold and shipped by Exist for love

## 68 Innovation will progress





Stan Lee Father of Marvel PVC Action
Figure Collectible Model Toys

FREE shipping available for all items!

**$32** $69

Size:

Pack of 1 ▾

Color:

White ▾

**Buy**

♡ Add to Wishlist

Standard Shipping  Free
Oct 24 - Nov 3
Items are sold and shipped by Innovation will progress

## 69 kenwon





Stan Lee Father of Marvel PVC Action Figure Collectible Model Toys

**$27** $69

Size:

Pack of 1 ▾

Color:

White ▾

**Buy**

♡ Add to Wishlist

**Standard Shipping** $7
Oct 26 - Nov 3
Items are sold and shipped by kenwon

## 70 Mary Sarah







Stan Lee Father of Marvel PVC Action Figure Collectible Model Toys

FREE shipping available for all items!

**$29** $69

Size:

Pack of 1 ▾

Color:

White ▾

**Buy**

♡ Add to Wishlist

**Standard Shipping** Free
Oct 25 - Nov 4
Items are sold and shipped by Mary Sarah

## 71 yatou23456@163.com





**Stan Lee Father of Marvel PVC Action Figure Collectible Model Toys**

**$26** $69

Size:

Pack of 1

Color:

White

**Buy**

♡ Add to Wishlist

**Standard Shipping** $7
Oct 25 - Nov 4

Items are sold and shipped by yatou23456@163.com

## 72 Yolanda168





**Stan Lee Father of Marvel PVC Action Figure Collectible Model Toys**

**$24** $69

Size:

Pack of 1

Color:

White

**Buy**

♡ Add to Wishlist

**Standard Shipping** $6
Oct 31 - Nov 13

Items are sold and shipped by Yolanda168

## 74 cwfql





The Father of Marvel Avengers Stan Lee Statue Action Figure Toy Doll Gift For Kids

**$26** ~~$67~~

Size:

| Pack of 1 ▾ |

Color:

| Yellow ▾ |

**Buy**

♡ Add to Wishlist

**Standard Shipping** $7
Nov 1 - Nov 15
Items are sold and shipped by cwfql

## 75 hong da you xian gong si





Anime Figure Hobbies Marvel Avengers Stan Lee Bronze Statue PVC Action Figure Collectible Items Model Toy Gifts

**$24**

Size:

| 1 ▾ |

**Buy**

♡ Add to Wishlist

**Standard Shipping** $6
Dec 26 - Jan 4
Items are sold and shipped by hong da you xian gong si

## 76 hyeang





Overview    Related Products

STAN LEE

HEIGHT:26CM

The Latest Stan Lee Imitates The Pvc Action Diagram 1/6 Scale Action Diagram

**$22USD** $99USD

Size:
OPP packaging.  ▼

Color:
Bronze  ▼

**Buy**

♡ Add to Wishlist

**Standard Shipping** $10USD
Sep 12 - Sep 22
Items are sold and shipped by Hyeang

## 77 zhiwenkun




In conclusion, since the Defendants storefronts are strikingly similar, are selling the same products and use similar ad copy to promote the same products, joinder of the Defendants at this stage of the case is appropriate.

Respectfully submitted,

Dated: August 11, 2020

By:    s/Michael A. Hierl        
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
POW! ENTERTAINMENT, LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Memorandum in Support of Joinder was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 11, 2020.

                                 s/Michael A. Hierl